UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL FISHER   , | ) | CASE NO. 4:11-cv-1387 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff Russell Fisher's application for Supplemental Security Income in the above-captioned case.  Fisher sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Knepp for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 22) recommending that the Commissioner's denial of benefits be affirmed.  Despite seeking and receiving a continuance to file objections, Doc. 24, Fisher failed to timely file objections.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  Fisher did not file any objections to the Magistrate Judge's report and recommendation.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted.

The Commissioner's decision denying Fisher SSI is hereby AFFIRMED.

IT IS SO ORDERED.

Dated:  <u>April 30, 2012</u>                                        <i>/s/ John R. Adams</i>_____
                                                                    UNITED STATES DISTRICT JUDGE